**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lori Jean Yahn, et al., | Case No.: 2:20-cv-01701-JAD-EJY |
| Plaintiffs | |
| v. | **Remand Order** |
| Kentucky Western Co., et al., | [ECF No. 6] |
| Defendants | |

The survivor of a tragic vehicle accident, and the heirs and representatives of another victim of the same accident who did not survive, filed this negligence and wrongful-death action in Nevada State Court. The defendants removed this case to this court based on diversity jurisdiction.[1] Plaintiff moves to remand, arguing *inter alia* that defendants have failed to establish that this case meets the amount-in-controversy threshold.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 6] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 15, Case No. A-20-817474-C,** and CLOSE THIS CASE.

Dated: November 24, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.
[2] ECF No. 6.